Submitted by:
Lynette Gridiron Winston (#151003)
  lwinston@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900, Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, FSB, formerly known as
WORLD SAVINGS BANK, FSB

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WACHOVIA MORTGAGE; WORLD SAVINGS BANK FSB; ETS SERVICES, LLC; MAESTRE HOME LOANS; DANNY MAESTRE; and DOES 1-20 inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:09-CV-02340-JAM-KJN<br><br>[Assigned to Hon. John A. Mendez, District Judge, Courtroom 6]<br><br>JUDGMENT DISMISSING WACHOVIA MORTGAGE AND WORLD SAVINGS BANK, FSB WITH PREJUDICE PURSUANT TO FRCP 12(b)(6) |

　　　　On February 10, 2010, this Court granted, with prejudice, the Motion to Dismiss the First Amended Complaint filed by defendant Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, erroneously named separately as "Wachovia Mortgage" and "World Savings Bank, FSB" pursuant to Federal Rules of Civil Procedure 12(b)(6). In accordance with that Order:

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　　　1.　　Defendants Wachovia Mortgage and World Savings Bank, FSB are dismissed from this action with prejudice.

PDF created with pdfFactory trial version www.pdffactory.com

2. Plaintiff Patricia Lopez shall take nothing from defendants Wachovia Mortgage and World Savings Bank, FSB.

3. Defendants Wachovia Mortgage and World Savings Bank, FSB shall be entitled to their costs, including attorneys' fees, in a sum according to a motion for such fees and costs.

IT IS SO ORDERED.

Dated: February 18, 2010  /s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the foregoing document described as:

**[PROPOSED] JUDGMENT DISMISSING WACHOVIA MORTGAGE AND WORLD SAVINGS BANK, FSB WITH PREJUDICE PURSUANT TO FRCP 12(b)(6)**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

*Attorneys for Plaintiff:*

Sharon L. Lapin
LAW OFFICE OF SHARON L. LAPIN
336 Bon Air Center, Suite 492
Greenbrae, CA 94904

Tel: (415) 258-1651
Fax: (916) 258-0326

lapinlaws@juno.com

*Attorneys for Defendant ETS Services, LLC*

Thomas N. Abbott, Esq.
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177

Tel: (858) 750-7600
Fax: (619) 590-1385

tabbot@piteduncan.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **February 17, 2010.**

    Jill Ashley
(Type or Print Name)

Signature of Declarant)

C:\Documents and Settings\HVine\Desktop\09cv2340.o.21810.doc

CASE NO. 09-CV-2340-JAM-EFB - [PROPOSED] JUDGMENT DISMISSING WACHOVIA MORTGAGE AND WORLD SAVINGS BANK, FSB WITH PREJUDICE PURSUANT TO FRCP 12(B)(6)

PDF created with pdfFactory trial version www.pdffactory.com