**LAW OFFICE OF SHARON L. LAPIN**
SHARON L. LAPIN, Esq. (SBN: 165919)
336 Bon Air Center, Suite 492
Greenbrae, CA  94904
Telephone: (415) 258-1651
Facsimile: (916) 258-0326
Email: lapinlaws@juno.com

Attorney for Plaintiff,
**PATRICIA LOPEZ**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

PATRICIA LOPEZ,

            Plaintiff,

v.

WACHOVIA MORTGAGE;  WORLD
SAVINGS BANK, FSB; ETS SERVICES,
LLC; MAESTRE HOME LOANS; DANNY
MAESTRE; and DOES 1-20 inclusive,

            Defendants.
_____/

CASE NO.: 2:09-CV-02340-JAM-KJN

**ORDER  GRANTING  REQUEST  TO
APPEAR  BY  TELEPHONE  FOR  THE
MOTION FOR ATTORNEYS FEES**

DATE:        May 19, 2010
TIME:        9:30 A.M.
DEPT:        Courtroom 6
JUDGE:      Honorable John A. Mendez

        The Court having reviewed Plaintiff's Request to Appear by Telephone at the Motion for

Attorneys Fees (Docket No.36), good cause appearing therefore, hereby orders as follows:

        IT IS HEREBY ORDERED, that Plaintiff may appear telephonically at the Motion for

Attorneys Fees, currently set to be heard on May 19, 2010, in Courtroom 6 before the Honorable

John A. Mendez, of the above entitled Court, by and through her counsel, Sharon L. Lapin,

Telephone: (415) 686-1247.

Dated:  May 7, 2010                                    /s/ John A. Mendez_____
                                                                  Honorable John A. Mendez
                                                                  Judge United States District Court

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA        )
                           )ss.
COUNTY OF SACRAMENTO )

      I am a citizen of the United States and a resident of the County of Sacramento.  I am over the age of 18 years and not a party to the within above-entitled action; my business address is 2882 Prospect Park Dr, Suite 350, California 95670.

      On this date I served the foregoing document described as follows:

**[PROPOSED] ORDER FOR GRANTING REQUEST TO APPEAR BY TELEPHONE FOR THE MOTION FOR ATTORNEYS FEES**

on the following interested parties in this action:

SEE ATTACHED SERVICE LIST

The following is the procedure in which service of this document was effected:

☐   Facsimile, Time: _____ P.M.; Date:

☐   Federal Express, Priority Overnight

☐   United Parcel Service, Next Day Air

☐   United States Mail,

☑   By Electronic Mail - I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the above listed CM/ECF registrants.

      I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and that this declaration was executed on May 7, 2010 at Sacramento, California.

*/s/ Sherry L. Lacabanne*
SHERRY L. LACABANNE

1

## SERVICE LIST

2

*REPRESENTATIVES:*

*PARTIES:*

3

4
Lynette Gridiron Winston, ESQ.
Anglin, Flewelling, et al.,
199 S. Los Robles Avenue, Suite 600

Defendant Wachovia Mortgage, FSB,
*formerly known as*
World Savings Bank, FSB

5
Pasadena , CA 91101
(626) 535-1900

6
Fax: (626) 577-7764
Email: lwinston@afrct.com

7

8
Thomas N. Abbott
Pite Duncan, LLP

9
4375 Jutland Drive, Suite 200
San Diego , CA 92177

10
858-750-7600
Fax: 619-590-1385

11
Email: tabbott@piteduncan.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28