Lynette Gridiron Winston  (#151003)
  lwinston@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900, Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, FSB, formerly known as
WORLD SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA LOPEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>WACHOVIA MORTGAGE; WORLD SAVINGS BANK FSB; ETS SERVICES, LLC; MAESTRE HOME LOANS; DANNY MAESTRE; and DOES 1-20 inclusive,<br><br>         Defendants. | CASE NO.:  2:09-CV-02340-JAM-KJN<br><br>[Assigned to Hon. John A. Mendez, District Judge, Courtroom 6]<br><br>ORDER GRANTING DEFENDANT WACHOVIA MORTGAGE, FSB'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON MOTION FOR AWARD OF ATTORNEYS' FEES<br><br>**Date:    May 19, 2010**<br>**Time:   9:30 a.m.**<br>**Ctrm:   6** |

    The Court having reviewed Defendant Wachovia Mortgage, FSB's ("Wachovia") Request to Appear Telephonically at the hearing on the Motion for Attorneys' Fees (Docket No. 36), good cause appearing therefore, hereby orders as follows:

    IT IS HEREBY ORDERED, that Defendant Wachovia may appear telephonically at the hearing on the Motion for Attorneys' Fees, currently set to be heard on May 19, 2010, in Courtroom 6 before the Honorable John A. Mendez, of the above entitled Court, by and through

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  its counsel, Lynette Gridiron Winston of Anglin, Flewelling, Rasmussen, Campbell & Trytten,
2  LLP, Telephone: 626-535-1900.

4  Dated: May 11, 2010                               /s/ John A. Mendez_____
                                                    Honorable John A. Mendez
5                                                   Judge United States District Court

C:\Documents and Settings\HVine\Desktop\09cv2340.o.51110.doc    2

CASE NO. 09-CV-2340-JAM-EFB
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR
TELEPHONICALLY FOR MOTION FOR AWARD OF ATTORNEYS' FEES

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below I served a copy of the foregoing document described as:

**[PROPOSED] ORDER GRANTING DEFENDANT WACHOVIA MORTGAGE, FSB'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON MOTION FOR AWARD OF ATTORNEYS' FEES**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

| *Attorneys for Plaintiff:* | *Attorneys for Defendant ETS Services, LLC* |
|---|---|
| Sharon L. Lapin<br>LAW OFFICE OF SHARON L. LAPIN<br>336 Bon Air Center, Suite 492<br>Greenbrae, CA  94904<br><br>Tel:  (415) 258-1651<br>Fax:  (916) 258-0326<br><br>lapinlaws@juno.com | Thomas N. Abbott, Esq.<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17935<br>San Diego, CA  92177<br><br>Tel:  (858) 750-7600<br>Fax:  (619) 590-1385<br><br>tabbot@piteduncan.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **May 10, 2010.**

_____Jill Ashley_____                            _____
(Type or Print Name)                                                  Signature of Declarant)

C:\Documents and Settings\HVine\Desktop\09cv2340.o.51110.doc

CASE NO. 09-CV-2340-JAM-EFB
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY FOR MOTION FOR AWARD OF ATTORNEYS' FEES

PDF created with pdfFactory trial version www.pdffactory.com